**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 31, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-01112-CV

## AGILEX SUPPLY CHAIN, LLC, Appellant

## V.

## BAKER HUGHES OILFIELD OPERATIONS, LLC, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2018-66289**

## MEMORANDUM  OPINION

This is an appeal from the December 20, 2018 denial by operation of law of appellant's motion to dismiss under Civil Practice and Remedies Code section 27.008(a). On November 26, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.